**VICTOR S. HALTOM**
A Professional Law Corporation
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: (916) 444-1546
*e-mail: vshjah@aol.com*

**JOHN R. DUREE, JR.**
A Professional Law Corporation
State Bar No. 65684
428 J Street, Suite 352
Sacramento, CA 95814
Telephone: (916) 441-0562
Facsimile: (916) 447-2988
*e-mail: jduree@pacbell.net*

Attorneys for Defendant
**MONTE D. McFALL**

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

-- o0o --

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,** | CR. S-02-0468 MCE |
| Plaintiff, | **ORDER** |
| v. | |
| **MONTE D. McFALL,** | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the personal appearance of defendant, MONTE D. McFALL, may be waived herein in connection with the hearing of any motion or other proceeding in this cause, including, but not limited to, status conferences, when the case is set for a hearing on the pending new trial

///

1 motion, when the hearing on the new trial motion is conducted, and when any other action
2 is taken by the court herein, except upon arraignment, plea, and imposition of sentence.

DATE: August 11, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE