1  McGREGOR W. SCOTT
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR.S-02-0468 MCE |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER RESCHEDULING BRIEFING AND HEARING ON DEFENDANT'S NEW TRIAL MOTION AND SENTENCING |
| v. | ) | |
| MONTE D. McFALL, | ) | DATE: January 3, 2006 |
| Defendant. | ) | TIME: 8:30 a.m. |
| | ) | COURT: Hon. Morrison C. England |

The undersigned prosecutor has determined that she is unable to complete the government's brief in opposition to the defendant's new trial motion by the October 18, 2005 deadline, because when she indicated that she could complete the brief by that deadline she underestimated the amount of time it would take her to complete other, previously scheduled projects and unscheduled projects that arose in the interim. Accordingly, the parties stipulate that the briefing deadlines and hearing dates may be rescheduled as follows.

The government's opposition brief, currently due October 18, 2005, may be filed by November 18, 2005.

The defendant's reply brief, currently due November 8, 2005, may be filed by December 16, 2005.

1

1   The hearing on the new trial motion, currently scheduled for
2  November 29, 2005, may be vacated and rescheduled for January 3,
3  2006 at 8:30 a.m.
4   The sentencing hearing, currently scheduled for December 13,
5  2005, may be vacated and a status conference for setting a new
6  sentencing hearing may be scheduled for January 3, 2006 at 8:30 a.m.
7  DATED:  October 14, 2005           McGREGOR W. SCOTT
                                      United States Attorney
8
9
                                by   /s/ Samantha S. Spangler
10                                   Samantha S. Spangler
                                     Assistant U.S. Attorney
11
12 DATED:  October 14, 2005            /s/ Samantha S. Spangler for
                                      Victor S. Haltom and
13                                    John R. Duree, Jr.
                                      Counsel for Defendant
14                                    Monte D. McFall
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2

<u>Order</u>

Good cause appearing,

The government's opposition brief shall be filed by November 18, 2005.

The defendant's reply brief shall be filed by December 16, 2005.

The hearing on the new trial motion, currently scheduled for November 29, 2005, is vacated and rescheduled for January 3, 2006 at 8:30 a.m.

The sentencing hearing, currently scheduled for December 13, 2005, is vacated and a status conference for setting a new sentencing hearing is scheduled for January 3, 2006 at 8:30 a.m.

IT IS SO ORDERED.

DATED: October 14, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE