```
McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MONTE D. McFALL,<br><br>　　　　Defendant.<br>_____ | CASE NO. CR.S-02-0468 MCE<br><br>STIPULATION AND [PROPOSED] ORDER RESCHEDULING BRIEFING AND HEARING ON DEFENDANT'S NEW TRIAL MOTION AND SENTENCING<br><br>DATE:  January 24, 2006<br>TIME:  8:30 a.m.<br>COURT: Hon. Morrison C. England |

   The undersigned prosecutor was once again unable to complete the government's brief in opposition to the defendant's new trial motion by the scheduled deadline.  Since the case was last rescheduled, the undersigned worked diligently on the brief, but she was required to attend to at least two emergency matters in the interim.  The parties stipulate that the briefing deadlines and hearing dates may be rescheduled as follows.

   The government's opposition brief, which was due November 18, 2005, may be filed by December 9, 2005.

   The defendant's reply brief, currently due December 16, 2005, may be filed by January 13, 2005.

///

///

1

1  The hearing on the new trial motion, currently scheduled for
2  January 3, 2006, may be vacated and rescheduled for January 24, 2006
3  at 8:30 a.m.
4  The status conference for setting a new sentencing hearing,
5  currently scheduled for January 3, 2006, may be vacated and
6  rescheduled for January 24, 2006 at 8:30 a.m.

7  DATED:   November 29, 2005          McGREGOR W. SCOTT
                                       United States Attorney
8

9
                                       by   /s/ Samantha S. Spangler
10                                          Samantha S. Spangler
                                            Assistant U.S. Attorney
11

12 DATED:   November 29, 2005            /s/ Samantha S. Spangler for
                                       Victor S. Haltom and
13                                     John R. Duree, Jr.
                                       Counsel for Defendant
14                                     Monte D. McFall

15                                  Order

16    Good cause appearing,

17    The government's opposition brief shall be filed by December 9,
18 2005.

19    The defendant's reply brief shall be filed by January 13, 2006.

20    The hearing on the new trial motion, currently scheduled for
21 January 3, 2006, is vacated and rescheduled for January 24, 2006 at
22 8:30 a.m.
23 //
24 //
25 //
26 //
27 //
28 //

1   The status conference for setting a new sentencing hearing,
2 currently scheduled for December 13, 2005, is vacated and
3 rescheduled for January 24, 2006 at 8:30 a.m.
4   IT IS SO ORDERED.
5 DATED: December 8, 2005

```
                              _____
                              MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE
```