```
McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:02-cr-0468 MCE |
|---|---|---|
| Plaintiff, | ) | APPLICATION FOR PERMISSION TO FILE GOVERNMENT'S BRIEF IN |
| v. | ) | OPPOSITION TO DEFENDANT'S NEW TRIAL MOTION ONE DAY LATE; |
| MONTE D. McFALL, | ) | DECLARATION; [PROPOSED] ORDER |
| Defendant. | ) | DATE:  January 24, 2006 |
|  | ) | TIME:  8:30 a.m. |
|  | ) | COURT: Hon. Morrison C. England |

### Application

Plaintiff United States of America, through its undersigned counsel, respectfully applies pursuant to Local Rule 6-142 for an order extending the deadline by one court day for filing its brief in opposition to the defendant's motion for a new trial, for the reasons stated in the attached Declaration.

DATED: December 12, 2005                McGREGOR W. SCOTT
                                         United States Attorney


                              by     /s/ Samantha S. Spangler
                                     Samantha S. Spangler
                                     Assistant U.S. Attorney

## Declaration

I, Samantha S. Spangler, Assistant U.S. Attorney, declare under penalty of perjury as follows.

1. The government's opposition brief was due December 9, 2005, pursuant to a schedule established by the stipulation of the parties and by order of the Court.

2. Late in the afternoon Friday, December 9, when it became apparent that more work remained than the undersigned could accomplish by midnight, the deadline for filing the brief timely, the undersigned telephoned both Mr. Haltom, and left a message, and Mr. Duree, with whom I spoke, informing them of my intention to file the brief one court day late.

3. The government does not believe the defendant will be prejudiced by this short delay.

Executed in Sacramento, California, on the 12th day of December, 2005.

/s/ Samantha S. Spangler
SAMANTHA S. SPANGLER
Assistant U.S. Attorney

## Order

The Court hereby grant's the government's application for an order extending the deadline for filing its brief by one court day.

IT IS SO ORDERED.

DATED: December 16, 2005

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE