UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,

        Plaintiff,

   v.

MONTE D. McFALL,

        Defendant.

No. 2:02-cr-0468 MCE

ORDER

----oo0oo----

This Court heard oral argument on Defendant McFall's Motion for New Trial on April 12, 2006. After entertaining that argument, and following consideration of the papers submitted in conjunction with the Motion, the Court finds that an evidentiary hearing is needed to address what appear to be material factual disputes concerning Defendant's argument that he was provided ineffective assistance of counsel ("IAC") at trial. The evidentiary hearing shall be limited to issues pertaining to IAC, only.

///

///

1 | Defendant's argument that a hearing is also needed to
2 | resolve whether prosecutorial misconduct occurred is expressly
3 | denied. The Court specifically finds that no prosecutorial
4 | misconduct on the part of the Assistant United States Attorneys
5 | occurred during the trial.
6 | Disposition of the remainder of Defendant's arguments for a
7 | new trial, including resolution of whether he in fact his
8 | constitutional rights were violated through IAC, will be reserved
9 | until following the evidentiary hearing.
10 | The parties are hereby directed, not later than ten (10)
11 | days following the date of this Order, to provide time estimates
12 | to the Court concerning the anticipated length of the evidentiary
13 | hearing, and any preferred dates for when the hearing should take
14 | place.  Following receipt of that information, the Court will
15 | schedule the hearing date and time and specify how much court
16 | time will be allocated for said hearing.

18 | IT IS SO ORDERED.

20 | DATED: April 13, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE